IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK REYNOLDS | : | CIVIL ACTION |
| | : | NO. 06-1237 |
| v. | : | |
| | : | |
| THE UNIVERSITY OF PENNSYLVANIA | : | |

ORDER

AND NOW, this 2nd day of June, 2010, in consideration of plaintiff's Motion to Preclude Evidence Relating to Anurag Harsh, defendant's response thereto, defendant's Motion to Exclude Evidence of Subsequent Remedial Measures and plaintiff's response thereto, it is ORDERED that:

1) Plaintiff's motion is DENIED; and

2) Defendant's motion is GRANTED.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.