IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK REYNOLDS | : | CIVIL ACTION |
| | : | NO. 06-1237 |
| v. | : | |
| | : | |
| THE UNIVERSITY OF PENNSYLVANIA | : | |

## ORDER

AND NOW, this 25th day of October, 2010, after consideration of The University of Pennsylvania's motion for attorney's fees and costs and Frank Reynolds's response thereto, it is ORDERED that the motion is GRANTED. Judgement is ENTERED in favor of the University of Pennsylvania and against Frank Reynolds in the amount of $7,437.78.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.