IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK REYNOLDS | : | CIVIL ACTION |
| | : | NO. 06-1237 |
| v. | : | |
| | : | |
| THE UNIVERSITY OF PENNSYLVANIA | : | |

ORDER

AND NOW, this 25th day of October, 2010, after consideration of Frank Reynolds's motion for a new trial and The University of Pennsylvania's response thereto, it is ORDERED that Reynolds's motion is DENIED.

After consideration of Penn's motion for judgement as a matter of law, Reynolds's response and Penn's reply, it is ORDERED that Penn's motion is GRANTED. It is FURTHER ORDERED that the judgement entered June 22, 2010 is VACATED and JUDGEMENT IS ENTERED in favor of The University of Pennsylvania and against Frank Reynolds.

It is FURTHER ORDERED that Reynolds's motion to amend the judgment to add prejudgment interest is DENIED as moot.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.